**Morris SINGER v. UNITED STATES of America.**

No. 6693.

Circuit Court of Appeals, Sixth Circuit.

April 12, 1934.

Henry Lavine, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio.

PER CURIAM.

Judgment of District Court reversed, and cause remanded, with instruction to dismiss indictment.

**Ex parte In the Matter of STATE OF LOUISIANA, Robert S. Maestri, Commissioner of Conservation of the State of Louisiana.**

No. 7432.

Circuit Court of Appeals, Fifth Circuit.

June 25, 1934.

Gaston L. Porterie, Atty. Gen. of Louisiana, E. Howard M'Caleb and E. Howard M'Caleb, Jr., Sp. Assts. to Atty. Gen. of Louisiana, for petitioner.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The petition for the writ of prohibition or mandamus in the above-entitled cause is denied.